[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sony Corporation and Sony Electronics Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> AmTRAN Technology Co., Ltd., <br><br> *Defendant*. | No. 3:08-cv-05706-JCS (filed Dec. 22, 2008) <br><br> **JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: WAIVER OF SERVICE AND EXTENSION OF TIME FOR AMTRAN TO RESPOND TO THE COMPLAINT** <br><br> **[Civil L.R. 7-12]** |

# JOINT STIPULATION AND [PROPOSED] ORDER

Sony Corporation and Sony Electronics Inc. (collectively "Sony"), by and through their attorneys, and AmTRAN Technology Co., Ltd. (hereafter "AmTRAN"), by and through its attorneys, hereby stipulate for purposes of this action only that:

1. AmTRAN agrees to accept service of process, in this action only, on its undersigned attorneys, and to waive all defenses related to insufficiency of service of process. AmTRAN reserves all its other rights under Fed. R. Civ. P. 12 to challenge the complaint, including but not limited to challenging jurisdiction and/or venue in this Court. Sony agrees not to rely upon this stipulation for any purpose in arguing in support of either jurisdiction or venue.

2. The time for AmTRAN to respond to Sony's complaint in this action under Fed. R. Civ. P. 12 by either answer or motion shall be February 20, 2009.

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |
| 3 | Dated: January 13, 2009 |

By: *Kevin PB Johnson (AB # 253115)*     By: /s/ Peter H. Kang

Kevin P.B. Johnson (SBN 177129)
(kevinjohnson@quinnemanuel.com)
Edward J. DeFranco (SBN 165596)
(eddefranco@quinnemanuel.com)
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiffs*
*Sony Corporation and Sony Electronics Inc.*

Peter H. Kang (SBN 158101)
(pkang@sidley.com)
Philip W. Woo (SBN 196459)
(pwoo@sidley.com)
Patrick M. Lonergan (SBN 245807)
(plonergan@sidley.com)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Edward G. Poplawski (SBN 113590)
(epoplawski@sidley.com)
Theodore W. Chandler (SBN 219456)
(tchandler@sidley.com)
Jim S. Zeng (SBN 254833)
(jzeng@sidley.com)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*
*AmTRAN Technology Co., Ltd.*

-3-
JOINT STIPULATION AND ORDER — No. C 08-5706 JCS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 14, 2009

_____
United States District Judge
Magistrate

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*