[Counsel listed on signature page]

**E-Filed 3/4/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sony Corporation and Sony Electronics Inc., <br><br> *Plaintiffs,* <br><br> v. <br><br> AmTRAN Technology Co., Ltd., <br><br> *Defendant.* | No. 5:08-cv-05706-JF (filed Dec. 22, 2008) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON MARCH 27, 2009, UNTIL APRIL 3, 2009** <br><br> [Civil L.R. 7-12] |

## JOINT STIPULATION AND ORDER

WHEREAS the Court is presently scheduled to hold the Initial Case Management Conference and also hear Defendant AmTRAN's Motion to Stay in Light of the First-Filed Action in Wisconsin, or to Dismiss for Lack of Personal Jurisdiction, on March 27, 2009, at 9:00 a.m.;

WHEREAS the parties desire to continue ongoing discussions regarding resolution of a potential dispute concerning Plaintiffs' need for discovery on the jurisdictional issues presented by Defendant AmTRAN's Motion;

WHEREAS the parties desire to continue the hearing and associated deadlines by one week;

WHEREAS the only previous time modification in the case was that AmTRAN's response to the complaint in this action was extended to February 20, 2009. *See* January 14, 2009 Order. (D.N. 11.); and

1  WHEREAS the requested extension will have no effect on the anticipated trial schedule in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED that:

1. Plaintiffs' opposition to Defendant AmTRAN's motion shall be due on March 13, 2009 and Defendant AmTRAN's reply shall be due on March 20, 2009.

2. The hearing date on March 27, 2009, is vacated.

3. The Initial Case Management Conference and hearing on Defendant AmTRAN's Motion to Stay in Light of the First-Filed Action in Wisconsin, or to Dismiss for Lack of Personal Jurisdiction, is continued until Friday, April 3, 2009, at 9:00a.m.

4. The associated deadlines for the Initial Case Management Conference and hearing on AmTRAN's motion are continued by one week.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 4, 2009                 By: _____

Kevin P.B. Johnson (SBN 177129)
Edward J. DeFranco (SBN 165596)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

<sony-amtran@quinnemanuel.com>

*Attorneys for Plaintiffs
Sony Corporation and
Sony Electronics Inc.*

| | | |
|---|---|---|
| 1 | Dated: March 4, 2009 | By: */s/ Theodore Whitley Chandler* |
| 2 | | Peter H. Kang (SBN 158101) |
| 3 | | Philip W. Woo (SBN 196459) |
| | | Patrick M. Lonergan (SBN 245807) |
| 4 | | SIDLEY AUSTIN LLP |
| | | 555 California Street, Suite 2000 |
| 5 | | San Francisco, California 94104 |
| | | Telephone: (415) 772-1200 |
| 6 | | Facsimile: (415) 772-7400 |

Edward G. Poplawski (SBN 113590)
Theodore W. Chandler (SBN 219456)
Jim S. Zeng (SBN 254833)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

<Sony-Funai-AmTRAN@sidley.com>

*Attorneys for Defendant*
*AmTRAN Technology Co., Ltd.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/4/09

JEREMY FOGEL
United States District Judge