**\*E-FILED 3/16/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONY CORPORATION and SONY ELECTRONICS INC., <br><br>   Plaintiffs, <br>   v. <br><br> AMTRAN TECHNOLOGY CO., LTD., <br><br>   Defendant. | No. C08-05706 JF (HRL) <br><br> **ORDER DENYING PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME** <br><br> [Re: Docket No. 24] |

Plaintiffs move for an order shortening time on their motion for leave to conduct jurisdictional discovery. This court does not find good cause for the request, and the motion for an expedited briefing and hearing schedule is denied. Plaintiffs' discovery motion will be heard on April 14, 2009, 10:00 a.m. in Courtroom 2. Briefing shall proceed in accordance with a regular 35-day calendar under the court's Civil Local Rules. The propriety of staying the hearing on defendant's pending motion to dismiss shall be directed to the presiding judge.

SO ORDERED.

Dated:   March 16, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-5706 Notice has been electronically mailed to:**

Edward G. Poplawski epoplawski@sidley.com, labrown@sidley.com

Kevin P.B. Johnson kevinjohnson@quinnemanuel.com, andrewbramhall@quinnemanuel.com, benjaminsinger@quinnemanuel.com, eddefranco@quinnemanuel.com, heatherbelville@quinnemanuel.com, jackievalenzuela@quinnemanuel.com, josephmilowic@quinnemanuel.com, peterklivans@quinnemanuel.com, sherrinvanetta@quinnemanuel.com, thomaspease@quinnemanuel.com, toddkennedy@quinnemanuel.com

Peter H. Kang pkang@sidley.com, lbrodkin@sidley.com, sflitscan@sidley.com

Rory Stuart Miller rorymiller@quinnemanuel.com

Theodore Whitley Chandler etorre01@sidley.com, hyanagim@sidley.com, jzeng@sidley.com, scjohnson@sidley.com, tchandler@sidley.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.