**E-Filed 5/11/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONY CORPORATION AND SONY ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AmTRAN Technology, Co., Ltd., <br><br> Defendant. | Case Number C 08-5706 JF (HRL) <br><br> ORDER[1] (1) CONTINUING STAY AND (2) DEFERRING DETERMINATION OF MOTION TO DISMISS |

Plaintiffs Sony Corporation and Sony Electronics, Inc. (collectively, "Sony") filed the instant action for declaratory relief against Defendant AmTRAN Technology Co., Ltd. ("AmTRAN") with respect to three patents owned by AmTRAN. AmTRAN moved to dismiss the complaint for lack of personal jurisdiction or in the alternative to stay the case in light of a motion pending in the Western District of Wisconsin seeking transfer of an affirmative infringement suit filed there by AmTRAN against Sony. The Court granted the motion to stay pending a decision by Chief Judge Crabb on the motion to transfer, but it also allowed Sony to pursue limited discovery with respect to personal jurisdiction.

On April 27, 2009, Chief Judge Crabb denied Sony's motion to transfer. In light of this

---

[1] This disposition is not designated for publication in the official reports.

decision, the parties submitted letter briefs to this Court. AmTRAN again urges transfer of the instant action to the Western District of Wisconsin, and Sony seeks permission to allow limited jurisdictional discovery to proceed. Sony also represents that it intends to seek reconsideration of Chief Judge Crabb's decision or to seek a writ of mandamus "in light of several manifest errors in [Chief Judge Crabb's] ruling."

In light of the unsettled procedural issues in the Wisconsin action and the arguments made at the hearing on May 8, 2009, the Court will continue to stay this case and defer resolution of AmTRAN's motion to dismiss for lack of personal jurisdiction. Sony may proceed with limited jurisdictional discovery; any discovery disputes will be referred to Magistrate Judge Lloyd. AmTRAN may renew its motion to dismiss or file a formal motion to transfer this action to the Western District of Wisconsin pursuant to 28 U.S.C. § 1404 after jurisdictional discovery is complete or Sony has exhausted its appeal(s) of the ruling by Chief Judge Crabb.

IT IS SO ORDERED.

DATED: May 11, 2009

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Edward G. Poplawski    epoplawski@sidley.com, labrown@sidley.com

3

4  Kevin P.B. Johnson    kevinjohnson@quinnemanuel.com, andrewbramhall@quinnemanuel.com, benjaminsinger@quinnemanuel.com, eddefranco@quinnemanuel.com, heatherbelville@quinnemanuel.com,

5  jackievalenzuela@quinnemanuel.com, josephmilowic@quinnemanuel.com, peterklivans@quinnemanuel.com, sherrinvanetta@quinnemanuel.com,

6  thomaspease@quinnemanuel.com, toddkennedy@quinnemanuel.com

7

8  Peter H. Kang    pkang@sidley.com, lbrodkin@sidley.com, sflitscan@sidley.com

9  Rory Stuart Miller    rorymiller@quinnemanuel.com

10  Theodore Whitley Chandler    hyanagim@sidley.com, jzeng@sidley.com, scjohnson@sidley.com, skim04@Sidley.com, tchandler@sidley.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-5706 (HRL)
ORDER (1) CONTINUING STAY AND (2) DEFERRING DETERMINATION OF MOTION TO DISMISS
(JFLC1)