**E-Filed 8/26/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SONY CORPORATION, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>AmTRAN Technology, Co., Ltd., <br><br>　　　　　Defendant. | Case Number C 08-5706 JF (HRL) <br>　　　　　C 09-3645 EMC <br><br>ORDER[1] (1) GRANTING ADMINISTRATIVE MOTION TO RELATE CASES; (2) DENYING WITHOUT PREJUDICE MOTION TO SHORTEN TIME; AND (3) SETTING CASE MANAGEMENT CONFERENCE <br><br>[re: docket nos. 70, 73 in case <br>　　C 08-5706 JF (HRL)] |

　　　Plaintiffs' administrative motion to relate *AmTRAN Technology Co., Ltd. v. Funai Electric Co., Ltd., et al.*, C 09-3645 EMC, to the instant case is GRANTED. The Clerk shall reassign *AmTRAN Technology Co., Ltd. v. Funai Electric Co., Ltd., et al.*, C 09-3645 EMC to the undersigned.

　　　Plaintiffs' motion to shorten time for briefing and hearing on Plaintiffs' motion to consolidate the two actions and lift the stay in the instant action, currently set for hearing on

---

[1] This disposition is not designated for publication in the official reports.

1 | October 9, 2009, is DENIED WITHOUT PREJUDICE.
2 |     A Case Management Conference is set in both cases on September 4, 2009 at 10:30 a.m.
3 | IT IS SO ORDERED.

6 | DATED: August 26, 2009

```
                                        _____
                                        JEREMY FOGEL
                                        United States District Judge
```

1  This Order has been served upon the following persons:

2  For Case No. C 08-5706 JF (HRL):

3  Edward G. Poplawski    epoplawski@sidley.com, labrown@sidley.com

4  Joseph Milowic , III    josephmilowic@quinnemanuel.com, dbarksda@woodcock.com

5  Kevin P.B. Johnson    kevinjohnson@quinnemanuel.com, andrewbramhall@quinnemanuel.com, benjaminsinger@quinnemanuel.com, eddefranco@quinnemanuel.com, heatherbelville@quinnemanuel.com, jackievalenzuela@quinnemanuel.com, josephmilowic@quinnemanuel.com, peterklivans@quinnemanuel.com, sherrinvanetta@quinnemanuel.com, thomaspease@quinnemanuel.com, toddkennedy@quinnemanuel.com

9  Peter H. Kang    pkang@sidley.com, lbrodkin@sidley.com, sflitscan@sidley.com

10  Rory Stuart Miller    rorymiller@quinnemanuel.com, shawnaallison@quinnemanuel.com, westonreid@quinnemanuel.com

11  Sean Sang-Chul Pak    seanpak@quinnemanuel.com, susanneglobig@quinnemanuel.com

12  Theodore Whitley Chandler    hyanagim@sidley.com, jzeng@sidley.com, scjohnson@sidley.com, skim04@Sidley.com, tchandler@sidley.com

14  For Case No. C 09-3645 EMC:

15  Bryan J Cahill    bcahill@gklaw.com

16  Catherine Cetrangolo    ccetrangolo@boardmanlawfirm.com

17  Edward G. Poplawski    epoplawski@sidley.com, labrown@sidley.com

18  G. Brian Busey    gbusey@mofo.com

19  Georgia Van Zanten    gvanzanten@sidley.com

20  Grant Chieh-Hsiang Yang    gcyang@gmail.com

21  James Donald Peterson    jpeterson@gklaw.com

22  Jim S. Zeng    jzeng@sidley.com

23  Joseph Milowic    josephmilowic@quinnemanuel.com

24  Karl J. Kramer    kkramer@mofo.com, sdevol@mofo.com

25  Marc Ascolese    mascolese@sidley.com

26  Mark W. Danis    mdanis@mofo.com

27  Patricia L Wheeler    pwheeler@gklaw.com

28  Patrick Lonergan    plonergan@sidley.com

1 | Paul D. Tripodi    ptripodi@sidley.com

2 | Peter Kang    pkang@sidley.com

3 | Peter H. Kang    pkang@sidley.com, lbrodkin@sidley.com, sflitscan@sidley.com

4 | Philip Woo    pwoo@sidley.com

5 | Richard S. Ballinger    rballinger@mofo.com

6 | Robert Goetz    ragoetz@casimirjones.com

7 | Rory Stuart Miller    rorymiller@quinnemanuel.com, shawnaallison@quinnemanuel.com, westonreid@quinnemanuel.com

8 |

9 | Scott C Johnson    scjohnson@sidley.com

10 | Sean Pak    seanpak@quinnemanuel.com

11 | Sean Sang-Chul Pak    seanpak@quinnemanuel.com, susanneglobig@quinnemanuel.com

12 | Teresa Marie Summers    tsummers@mofo.com

13 | Theodore W. Chandler    tchandler@sidley.com

14 | Thomas Pease    thomaspease@quinnemanuel.com

4

Case No. C 08-5706 JF (HRL)
ORDER (1) GRANTING MOTION TO RELATE CASES ETC.
(JFLC2)