[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sony Corporation and Sony Electronics Inc., *Plaintiffs*, v. AmTRAN Technology Co., Ltd., *Defendant*. | No. 5:08-cv-05706-JF-HRL (filed Dec. 22, 2008)<br>Related case: No. 3:09-cv-03645-EMC<br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITHOUT PREJUDICE OF SONY'S CLAIMS REGARDING U.S. PATENT NO. 5,799,037**<br>**[Civil L.R. 7-12]** |

IT IS HEREBY STIPULATED by the parties through their undersigned counsel, subject to approval by the Court, that Sony's claims regarding the '037 patent should be dismissed without prejudice.

Dated: September 10, 2009

By: ______________________

Peter H. Kang (SBN 158101)
Philip W. Woo (SBN 196459)
Patrick M. Lonergan (SBN 245807)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Edward G. Poplawski (SBN 113590)
Paul D. Tripodi II (SBN 162380)
Theodore W. Chandler (SBN 219456)
Scott C. Johnson (SBN 239226)
Jim S. Zeng (SBN 254833)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

<Sony-Funai-AmTRAN@sidley.com>

*Attorneys for AmTRAN Technology Co., Ltd.*

Dated: September 10, 2009

By: /s/ Kevin P.B. Johnson

Kevin P.B. Johnson (SBN 177129)
Edward J. DeFranco (SBN 165596)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

<sony-amtran@quinnemanuel.com>

*Attorneys for Sony Corporation; Sony Corporation of America; and Sony Electronics Inc.*

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

Sony's declaratory claims against AmTRAN regarding the U.S. Patent No. 5,799,037 are hereby dismissed without prejudice.

SO ORDERED.

Dated: 9/15/09

JEREMY FOGEL
United States District Judge