[Counsel listed on signature page]

**E-Filed 10/15/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sony Corporation and Sony Electronics Inc., )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>AmTRAN Technology Co., Ltd., )<br><br>*Defendant*. ) | Case No.         5:08-cv-05706-JF-HRL<br><br>Related Case No.  5:09-cv-03645-JF-HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON SONY'S MOTION TO CONSOLIDATE AND TO LIFT THE STAY (D.E. 72)**<br><br>[**Civil L.R. 7-12**] |

## JOINT STIPULATION AND ORDER

WHEREAS Sony's declaratory action against AmTRAN Technology, Co., Ltd. ("AmTRAN"), *Sony Corporation v. AmTRAN Technology Co., Ltd.*, No. 5:08-05706-JF-HRL (N.D. Cal.) ("Case No. 5:08-cv-05706-JF") is pending and currently stayed before Your Honor;

WHEREAS AmTRAN's affirmative infringement action against Sony (and Funai) involving the same two patents, *AmTRAN Technology Co., Ltd. v. Sony Corporation et al.*, No. 5:09-cv-03645-JF-HRL (N.D. Cal.) ("Case No. 5:09-cv-03645-JF-HRL") is also pending before Your Honor;

WHEREAS the Funai defendants (Funai Electric Co., Ltd. and Funai Corporation) in Case No. 5:09-cv-03645-JF-HRL do not oppose consolidation of these actions;

WHEREAS Sony has filed a motion to consolidate and lift the stay, D.E. 72;

WHEREAS Sony and AmTRAN agree to consolidation of these actions for purposes of discovery;

WHEREAS Sony and AmTRAN agree that the order of trial presentation need not be addressed now and should be addressed at the pre-trial conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED that Case No. 5:09-cv-03645-JF-HRL should be consolidated for discovery purposes with Case No. 5:08-cv-05706-JF-HRL, the stay should be lifted, and the Court should set a Case Management Conference to set the schedule in these consolidated cases.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | Dated:  October 7, 2009 | By: | /s/ Jennifer Seraphine |
| 4 | | | Kevin G. McBride (Ca. Bar No. 195866) |
| | | | kgmcbride@jonesday.com |
| 5 | | | JONES DAY |
| | | | 555 S. Flower Street, 50th Floor |
| 6 | | | Los Angeles, CA 90071 |
| | | | Telephone:     (213) 489-3939 |
| 7 | | | Facsimile:     (213) 243-2539 |

Dated:  October 7, 2009        By:    /s/ Jennifer Seraphine

Kevin G. McBride (Ca. Bar No. 195866)
kgmcbride@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Jennifer Seraphine (Ca. Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5892

*Attorneys for AmTRAN Technology Co., Ltd.*

Dated:  October 7, 2009        By:    /s/ Kevin P.B. Johnson

Kevin P.B. Johnson (SBN 177129)
Edward J. DeFranco (SBN 165596)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

<sony-amtran@quinnemanuel.com>

*Attorneys for Sony Corporation; Sony Corporation of America; and Sony Electronics Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Rory S. Miller

ORDER

Based upon the above stipulation and the applicable law in this Court, Case No. 5:09-cv-03645-JF-HRL is consolidated with Case No. 5:08-cv-05706-JF-HRL, the stay of this case is hereby lifted, and the consolidated case schedule for all pending and future matters will be set henceforth at a Case Management Conference on  October 23, 2009 at 9:00 a.m.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 10/9/2009

JEREMY FOGEL
United States District Judge