1  KEVIN P.B. JOHNSON (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
2  **QUINN EMANUEL URQUHART**
   **OLIVER & HEDGES, LLP**
3  555 Twin Dolphin Drive, Suite 560

   **E-Filed 10/28/2009**

4  EDWARD J. DEFRANCO (Bar No. 165596)
   **QUINN EMANUEL URQUHART**
5  **OLIVER & HEDGES, LLP**
   51 Madison Avenue, 22nd Floor
6  New York, New York 10010
   Telephone:  (212) 849-7000
7  Facsimile:(212) 849-7100

8  Attorneys for Sony Corporation, Sony
   Electronics Inc. and Sony Corporation of America
9

   Kevin G. McBride (State Bar No. 195866)
10 kgmcbride@jonesday.com
   **JONES DAY**
11 555 South Flower Street
   Fiftieth Floor
12 Los Angeles, CA  90071-2300
   Telephone:     (213) 489-3939
13 Facsimile:     (213) 243-2539

14 Attorneys for Defendant
   AmTRAN Technology, Ltd.
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                     SAN JOSE DIVISION

19

20 | SONY CORPORATION and SONY | Case No. 5:08-cv-05706-JF3:09-cv-03645-JF]
   | ELECTRONICS, INC.,        | [Consolidated]
21 |                           |
   |        Plaintiffs,        | **[PROPOSED] ORDER RE JOINT**
22 |                           | **STIPULATION OF DISMISSAL**
   |   v.                      | **REGARDING CLAIMS BETWEEN SONY**
23 |                           | **CORPORATION, SONY ELECTRONICS,**
   | AMTRAN TECHNOLOGY CO., LTD., | **INC., SONY CORPORATION OF**
24 |                           | **AMERICA, AND AMTRAN**
   |        Defendant.         | **TECHNOLOGY CO., LTD.**
25

26

27

28

LAI-3058707v1

[PROPOSED] ORDER RE JOINT
STIPULATION OF DISMISSAL
5:08-cv-05706-JF3:09-cv-03645-JF]

1   WHEREAS, on or about December 22, 2008, Sony Corporation and Sony Electronics Inc.
2   (collectively "Sony") commenced this action for declaratory judgment against AmTRAN
3   Technology Co., LTD. ("AmTRAN"), entitled *Sony Corporation and Sony Electronics Inc. v.*
4   *AmTRAN Technology Co., LTD.*, Civil Action 5:08-cv-05706-JF ("this Action");

5   WHEREAS, on or about July 29, 2009, the Western District of Wisconsin transferred to
6   this Court the action entitled *AmTRAN Technology Co., LTD. v. Funai Electric Co., Ltd., Funai*
7   *Corporation, Inc., Sony Corporation, Sony Corporation of America, and Sony Electronics Inc.*,
8   Case No. 3:08-cv-00740-bbc (W.D. Wisc.), transferred Case No. 3:09-cv-03645-JF (N.D. Cal.),
9   in which AmTRAN asserted claims of patent infringement against Sony ("the Transferred
10  Action");

11  WHEREAS Sony and AmTRAN wish to resolve their disputes without the necessity of
12  further litigation.

13  NOW, THEREFORE, Sony and AmTRAN hereby stipulate to dismiss all claims between
14  them in this Action and the Transferred Action, as follows based on a confidential settlement
15  agreement between the parties that has been fully executed.

16  Based on this stipulation, the Court hereby ORDERS, DECREES, and ADJUDGES as
17  follows:

18  1.   All claims and counterclaims between Sony and AmTRAN in this Action and the
19  Transferred Action are hereby dismissed with prejudice, except for Sony's claims for declaratory
20  judgment of invalidity which are hereby dismissed without prejudice.

21  2.   This stipulation has no effect on the claims pending between AmTRAN and Funai
22  Electric Co., Ltd. and Funai Corporation, Inc. in the Transferred Action.

23  3.   This Court has jurisdiction over the parties to this stipulation and over the subject
24  matter of this dispute and shall retain continuing subject matter and personal jurisdiction for the
25  purposes of construing or enforcing the terms of this Stipulated Dismissal, the Color Television
26  Patent License and Settlement Agreement and the PC Monitor Patent License and Settlement
27  Agreement between the parties to this stipulation, or for resolving any dispute arising thereunder.
28

1    4.   Each party to this stipulation shall bear its own costs and disbursements.

2    5.   There shall be no appeal herefrom.

**SO AGREED:**

Dated: October 27, 2009          By: */s/ Kevin P.B. Johnson*
                                     Kevin P.B. Johnson
                                     QUINN EMANUEL URQUHART
                                       OLIVER & HEDGES, LLP

                                     Attorneys for SONY CORPORATION,
                                     SONY ELECTRONICS INC. and SONY
                                     CORPORATION OF AMERICA

Dated: October 27, 2009          By: */s/ Kevin G. McBride*
                                     Kevin G. McBride
                                     JONES DAY

                                     Attorneys for AmTRAN
                                     TECHNOLOGY, LTD.

Pursuant to Stipulation,

**IT IS SO ORDERED:**

Dated: October 28, 2009          By: _____
                                     JEREMY FOGEL
                                     United States District Judge

# CERTIFICATE OF SERVICE

CASE: 5:08-CV-05706-JF

<u>Sony Corporation, et al. v. AmTRAN Technology, Inc., et al.</u>

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones Day, 555 South Flower Street, Suite 5000, Los Angeles, CA 90071-2300.

On October 27, 2009, I served a copy of the following document:

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL REGARDING CLAIMS BETWEEN SONY CORPORATION, SONY ELECTRONICS, INC., SONY CORPORATION OF AMERICA, AND AMTRAN TECHNOLOGY CO., LTD.**

by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| **Counsel to**<br>**Sony Corporation and Sony Electronics, Inc.**<br>Kevin P.B. Johnson<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>E-mail: kevinjohnson@quinnemanuel.com<br><br>Edward J. DeFranco<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>E-mail: eddefranco@quinnemanuel.com | **Counsel to**<br>**AmTRAN Technology, Inc.**<br>Edward G. Poplawski<br>E-mail: epoplawski@sidley.com<br>Paul D. Tripodi, II<br>E-mail: ptripodi@sidley.com<br>Theodore W. Chandler<br>E-mail: tchandler@sidley.com<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>Peter H. Kang<br>E-mail: pkang@sidley.com<br>Philip W. Woo<br>E-mail: pwoo@sidley.com<br>Sidley Austin LLP<br>555 California Street, Suite 2000 |

LAI-3049903v1

[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL
5:08-cv-05706-JF3:09-cv-03645-JF]

1
2
                                                      Telephone:   (415) 772-1200
                                                      Facsimile:   (415) 772-7400

3  Executed on October 27, 2009, at Los Angeles, California.

4                                     /s/ Beth Marchese
                                          Beth Marchese

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28